THIS OPINION HAS 
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH 
 CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Titus Williams, Appellant. 
 
 
 
 

Appeal From York County
  John C. Hayes, III, Circuit 
 Court Judge

Unpublished Opinion 
 No. 2004-UP-299
 Submitted February 23, 2004 
  Filed May 5, 2004

APPEAL DISMISSED

 
 
 
 
 Senior Assistant  Appellate 
 Defender Wanda P. Hagler, of Columbia, for Appellant.
 Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant 
 Deputy Attorney General Donald J. Zelenka, of Columbia; and Solicitor 
 Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Titus Williams 
 appeals his convictions on distribution of crack cocaine and distribution of 
 crack cocaine within the proximity of a park.  His appellate counsel has petitioned 
 to be relieved as counsel, stating she has reviewed the record and has concluded 
 Williamss appeal is without merit.  The sole issue briefed by counsel generally 
 argues the circuit court erred in issuing an illegal sentence in the case.  
 In a separate pro se brief, Williams raises several issues related to 
 his mistrial motion, sixth amendment rights, curative instructions, admission 
 of evidence, and fourth amendment rights. 
After review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams,  
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss this appeal and grant counsels 
 petition to be relieved. [1] 
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, 
 JJ., concur.

 
 
 [1]   We decide this case without oral argument pursuant to Rule 
 215, SCACR.